UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:                         Case Number 12-27286 JHW

Debtor: Colin H. & Kimberley A. Warren

| Check Number | Creditor | Amount |
|---|---|---|
| 1808294 | Ocwen Loan Servicing, LLC | 4630.19 |

/s/ Isabel C. Balboa
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:   June 6, 2013